Matter of Grabowski v Smith (2025 NY Slip Op 01494)

Matter of Grabowski v Smith

2025 NY Slip Op 01494

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, OGDEN, NOWAK, AND KEANE, JJ.

150 CAF 24-01015

[*1]IN THE MATTER OF JACQUELYN GRABOWSKI, PETITIONER-RESPONDENT,
v
JAY SMITH, JR., RESPONDENT-APPELLANT. 

LOCKHART LAW OFFICE, P.C., NORTH SYRACUSE (BETH A. LOCKHART OF COUNSEL), FOR RESPONDENT-APPELLANT.

 Appeal from an order of the Family Court, Onondaga County (Julie A. Cerio, J.), entered January 6, 2023, in a proceeding pursuant to Family Court Act article 4. The order denied and dismissed the objections of respondent to an order of the Support Magistrate. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court